El Pueblo, Apelado, *v.* Menéndez et al., Apelantes.

Apelación procedente de la Corte de Distrito de Arecibo.

No. 513.—Resuelto en febrero 7, 1913.

Resuelto por los fundamentos de la opinión emitida en el caso No. 514, *El Pueblo v. Menéndez et al.* (pág. 83.)

Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

Los apelantes no comparecieron.

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Con excepción del nombre del elector, los hechos de este caso son enteramente iguales a los que aparecen en los autos del caso No. 514 seguido contra los mismos apelantes, debiendo, por consiguiente, resolverse de conformidad con los fundamentos contenidos en la opinión y sentencia del referido caso No. 514.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.